# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JARIEL Q HOLMES,

    Plaintiff,

v.                                    Case No: 6:18-cv-232-Orl-40GJK

GUARDIAN BREVARD NEWSPAPER
and PROTECT OUR CHILDREN INS,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Proceed in District Court without Prepaying Fees and Costs (Doc. 2) filed on February 15, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 2, 2018 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed in District Court without Prepaying Fees and Costs (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice**.

4. Plaintiff may file an amended complaint on or before April 4, 2018 along with a renewed motion to proceed *in forma pauperis*. Failure to file an amended complaint within the time permitted will result in dismissal of the case without further notice.

**DONE AND ORDERED** in Orlando, Florida on March 21, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties